**In the Matter of the Estate of Louise Richardson, Deceased.**
**Maude M. Nauman, Executrix of the Will of Louise Richardson, Deceased, Petitioner-Appellant, v. Wesley Van Ness, Respondent-Appellee.**

Gen. No. 48,188.

First District, First Division.
December 12, 1960.

Donald C. Gancer and Robert Emmett Burke, of Chicago (Donald C. Gancer, of counsel) for appellants; Roy J. Hammond, of Wheeling, for appellee. Opinion of JUSTICE MURPHY. **Not to be published in full.**